**PROVIDENCE GAS COMPANY**

v.

**Edward F. BURKE.**

**Dennis J. ROBERTS II et al.**

v.

**PROVIDENCE GAS COMPANY.**

Nos. 79–366–M.P., 79–367–M.P.

Supreme Court of Rhode Island.

April 3, 1980.

Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti and Robert Ferranty, Providence, for Providence Gas Company.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Sp. Asst. Atty. Gen., for respondents.

## ORDER

The motion of petitioner Providence Gas Company that the Attorney General be compelled to file his brief is granted and said brief shall be filed on or before April 17, 1980. No briefing extensions will be granted. These cases are assigned to the May, 1980 calendar for oral argument.